UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN SCOTT PEARDON,**

         **Plaintiff,**

**v.**                                      **Case No:  6:16-cv-219-Orl-41GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

         **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review

of the final decision of the Commissioner of Social Security ("the Commissioner") denying his

application of Disability Insurance Benefits and Supplemental Security Income. United States

Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 25),

recommending that the Court reverse the Commissioner's decision and remand this case for further

proceedings.

After a _de novo_ review of the record, and noting that no objections were timely filed, the

Court agrees with the analysis set forth in the Report and Recommendation. Therefore it is

**ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and **CONFIRMED** and

   made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the

   Commissioner for further proceedings.

3. The Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record